UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OFFICE CREATE CORPORATION,<br><br>     Plaintiff,<br> v.<br><br>STEVE GROSSMAN,<br><br>     Defendant,<br> v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>     Garnishee-Defendant. | CASE NO. 2:24-mc-00091-LK<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

   This matter comes before the Court on Plaintiff Office Create Corporation's renewed application for a writ of garnishment for property in which the Defendant/Judgment Debtor, Steve Grossman, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Nintendo of America, Inc. Dkt. No. 5. Having reviewed the record in this matter, the Court ORDERS that the Clerk of Court shall issue the Writ

//

ORDER TO ISSUE WRIT OF GARNISHMENT - 1

of Garnishment submitted by Plaintiff's counsel on December 20, 2024, Dkt. No. 5 at 4–7.

Dated this 31st day of December, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 2