UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OFFICE CREATE CORPORATION,<br><br>               Plaintiff,<br>    v.<br><br>PLANET ENTERTAINMENT LLC et al.,<br><br>               Defendants,<br>    v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>               Garnishee-Defendant. | CASE NO. 2:24-mc-00091-LK<br><br>ORDER TO SHOW CAUSE |

      This matter comes before the Court on Plaintiff Office Create Corporation's applications for second writs of garnishment for property in which the Defendants/Judgment Debtors, Planet Entertainment LLC and Steve Grossman, are believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Nintendo of America, Inc. Dkt. Nos. 12, 13. However, the Court granted Office Create's prior applications and issued writs of garnishment, Dkt. Nos. 8, 9, and Nintendo has filed its Answers, Dkt. Nos. 10, 11. Office

ORDER TO SHOW CAUSE - 1

Create's applications for "second" writs are based on the same underlying judgment, *compare, e.g.*, Dkt. No. 4 at 1–2, *with* Dkt. No. 12 at 1–2, and they contain no explanation of the need for a second set of writs. Accordingly, Office Create is ordered to show cause by March 18, 2025 why the Court should not deny the applications for second writs. If Office Create does not show cause by that date, the Court will deny the applications.

Dated this 11th day of March, 2025.

Lauren King
United States District Judge