UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OFFICE CREATE CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br>PLANET ENTERTAINMENT LLC et al.,<br><br>             Defendants,<br><br>   v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>             Garnishee-Defendant. | CASE NO. 2:24-mc-00091-LK<br><br>JUDGMENT AND ORDER TO PAY |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Plaintiff/Judgment Creditor: | Office Create Corporation |
| Garnishment Judgment Debtor (Garnishee): | Nintendo of America, Inc. |
| Defendant/Judgment Debtor: | Planet Entertainment, LLC |
| Garnishment Judgment Amount: | $201,386.51 |
| Judgments to bear interest at: | 0.00% |

JUDGMENT AND ORDER TO PAY - 1

Attorney for Judgment Creditor:   Jacob D. Rosenblum
Schweet Linde & Rosenblum, PLLC
575 S. Michigan St.
Seattle, WA 98108

IT APPEARING THAT Garnishee Nintendo of America, Inc. was indebted to Defendant Planet Entertainment, LLC in the total nonexempt amount of $201,386.51; that at the time the writ of garnishment was issued Garnishee had in its possession or control funds, personal property, or effects of Defendant Planet Entertainment, LLC; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff/Judgment Creditor Office Create Corporation is awarded judgment against Garnishee Defendant Nintendo of America, Inc. in the amount of $201,386.51; that Garnishee Defendant shall pay its judgment amount to Plaintiff/Judgment Creditor's attorney of record, Schweet Linde & Rosenblum, PLLC through the Registry of the Court; that, upon payment by the Garnishee Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $201,386.51; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of this Court in the principal amount of $201,386.51 plus all accrued interest, payable to Office Create Corporation, and mail or deliver the check to Schweet Linde & Rosenblum, PLLC, 575 S. Michigan St., Seattle, WA 98108.

Garnishee Defendant is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated this 31st day of March, 2025.

*Lauren King*

Lauren King
United States District Judge